*In re* Aprobación de los Derechos Arancelarios Pagaderos a los Secretarios, los Alguaciles y a Otro Personal de la Rama Judicial con Funciones de Recaudación para la Tramitación de Acciones Civiles.

*Número:* ER-2010-03     *Resuelto:* 24 de septiembre de 2010

## RESOLUCIÓN

El pasado año se aprobó la Ley Núm. 47 de 30 de julio de 2009, recientemente enmendada por la Ley Núm. 99 de 26 de julio de 2010 (Ley Núm. 47), que modifica el régimen de derechos que deben pagar los ciudadanos para tramitar acciones civiles en los tribunales y gestionar servicios en las distintas dependencias judiciales. En esencia, la referida ley introduce importantes cambios en la estructura arancelaria que ha regido por los últimos doce años con el propósito de simplificar y modernizar el sistema de pago de derechos para la tramitación de acciones civiles.

Específicamente, la Ley Núm. 47 sustituye la estructura arancelaria establecida por la Sec. 2 de la Ley Núm. 17 de 11 de marzo de 1915, según enmendada, por un sistema de pago único en concepto de derechos de presentación. Ello facilitará la eventual transición a un sistema de presentación electrónica de documentos en nuestros tribunales. Además, introduce un régimen de aranceles del alguacilazgo,

dispuesto por este Tribunal, que impartirá mayor eficiencia en su aplicación.

De esta forma, la Ley Núm. 47 sienta las bases para el establecimiento de un sistema de pago único en la primera comparecencia de cada parte en causas civiles presentadas ante el Tribunal de Primera Instancia, el Tribunal de Apelaciones y este Tribunal. Así, pues, se elimina la necesidad de adherir sellos de rentas internas a cada moción o escrito presentado con posterioridad a la presentación inicial de la acción o recurso judicial. Este nuevo sistema sin duda beneficiará a las partes, sobre todo en aquellos casos que por su naturaleza exigen las comparecencias de éstas al tribunal en múltiples instancias.

Para lograr estos objetivos, el Art. 3 de la Ley Núm. 47 faculta a este Tribunal para que, mediante Resolución, establezca los derechos que habrán de pagarse a los Secretarios, Alguaciles y a todo el personal de la Rama Judicial que efectúe funciones de recaudación en cualquier dependencia judicial, así como en los renglones que estarán sujetos al pago de tales derechos. Además, dicho artículo dispone que el Juez Presidente del Tribunal Supremo nombrará un comité técnico para el ejercicio de dicha prerrogativa, el cual rendirá al pleno de este Tribunal un informe con recomendaciones.

En virtud de la referida disposición, se designó un Comité Técnico que se dio a la tarea de examinar el costo promedio real para cada parte en un caso, según las acciones correspondientes. Dicho Comité rindió ante el Pleno de este Tribunal una serie de recomendaciones basadas en el estudio de los costos antes mencionados, en atención a los objetivos de la Ley Núm. 47 de adoptar una sola instancia de pago para simplificar el sistema y de garantizar el acceso a la justicia.

Según se desprende del informe, la propuesta arancelaria sometida por el Comité Técnico se encuentra muy por debajo del cargo único de presentación en otras jurisdicciones. A su vez, mantiene en vigor la exención del pago de aranceles a los litigantes indigentes. Tampoco se

propone cambio alguno sobre aquellas disposiciones vigentes que proveen para exenciones sobre el pago de derechos arancelarios en materias tales como alimentos, hábeas corpus y expropiaciones forzosas.

En conformidad con la facultad que nos confiere la Ley Núm. 47 de 30 de julio de 2009, según enmendada, y luego de evaluar y modificar algunas de las recomendaciones del Comité Técnico para disponer los derechos correspondientes a la tramitación de acciones civiles en el Tribunal General de Justicia, se adoptan los siguientes derechos arancelarios:

## I. *DERECHOS DE PRESENTACIÓN QUE DEBERÁN PAGARSE A LOS SECRETARIOS EN CASOS DE NATURALEZA CIVIL Y A OTROS FUNCIONARIOS DE LA RAMA JUDICIAL CON FUNCIONES DE RECAUDACIÓN*

A. Por cada demanda en pleito civil contencioso ante el Tribunal de Primera Instancia, excepto en demandas en que se reclamen exclusivamente alimentos, las que estarán exentas del pago de derechos.................................... Sala Superior - $75.00; Sala Municipal - $50.00

La excepción del pago de derechos en reclamaciones de alimentos a favor de menores será de aplicación sólo a la parte que ostente la custodia del menor o de los menores. Igualmente, estará exenta del pago de derechos la parte que solicite alimentos entre parientes o en calidad de ex cónyuge. En aquellos casos en que ambas partes comparezcan conjuntamente mediante estipulación, la parte de *quien se reclamen alimentos estará obligada a pagar* el arancel dispuesto en este apartado.

B. Por la primera alegación de la parte demandada en pleito civil contencioso, sea contestación o moción en el Tribunal de Primera Instancia, con excepción del recurso de expropiación forzosa, que estará libre del pago de derechos..............................Sala Superior - $75; Sala Municipal - $50.

C. Por cada petición de divorcio por consentimiento mutuo en el Tribunal de Primera Instancia...................$65.

D. Por cada petición de Declaratoria de Herederos en el Tribunal de Primera Instancia............................$65.

E. Por cada petición en recursos extraordinarios, con excepción del recurso de hábeas corpus, el cual se tramitará libre del pago de derechos.............................. $75.

F. Por cada oposición de una parte cualquiera en recursos extraordinarios, con excepción del recurso de hábeas corpus, el cual se tramitará libre del pago de derechos......................................................$75.

G. Por cada escrito de promoción de un expediente de jurisdicción voluntaria en el Tribunal de Primera Instancia.....................................................$65.

H. Por cada solicitud de intervención u oposición en un procedimiento de jurisdicción voluntaria.................$65.

I. Por cada demanda de desahucio por falta de pago, en el Tribunal de Primera Instancia........................$50.

J. Por cada demanda en reposesión de bienes muebles, en el Tribunal de Primera Instancia.......................$75.

K. Por cada recurso de Revisión de Multas Administrativas bajo la Ley de Tránsito................................$5.

L. Por cada escrito de apelación civil o de *certiorari* en el Tribunal de Apelaciones....................................$85.

M. Por la primera alegación del apelado o recurrido en caso de apelación civil o *certiorari*, en el Tribunal de Apelaciones....................................................$85.

N. Por cada escrito de Revisión de Decisiones Administrativas en el Tribunal de Apelaciones....................$85.

Ñ. Por cada escrito de apelación o *certiorari* en recursos extraordinarios en el Tribunal de Apelaciones, con excepción del recurso de hábeas corpus, el cual se tramitará libre del pago de derechos....................................$85.

O. Por cada escrito de apelación o *certiorari* o cualquier otro recurso en casos civiles en el Tribunal Supremo, incluido el de Certificación....................................$85.

P. Por cada escrito de apelación o *certiorari* en recursos extraordinarios ante el Tribunal Supremo, con excep-

ción del recurso de hábeas corpus, el cual se tramitará libre del pago de derechos....................................$100.

## II. *DERECHOS QUE DEBERÁN PAGARSE A LOS ALGUACILES*

A. Por cada diligencia de un emplazamiento......$15.

B. Por notificar, diligenciar o ejecutar un embargo, orden, mandamiento o requerimiento judicial, excepto orden de arresto.....................................................$25.

C. Por cumplimentar un mandamiento de posesión o restitución de una propiedad, desahuciando a quien la ocupe, o por diligenciar una orden de lanzamiento en casos de desahucio...............................................$20.

D. Por recibir y pagar dinero en cumplimiento de orden de ejecución u otra providencia, cuando se han embargado o vendido bienes muebles o inmuebles, por los primeros dos mil dólares ($2,000), tres por ciento (3%); por toda suma en exceso de dos mil dólares ($2,000) dos por ciento (2%). En ningún caso de venta de propiedad mueble o inmueble el arancel aquí dispuesto excederá de ochocientos dólares ($800). Cuando el producto de dicha venta es abonado en cuenta y no se efectúa transferencia alguna de dinero, se cobrará la mitad del arancel correspondiente.

E. Por recibir y pagar dinero en cumplimiento de orden de ejecución y sin orden de embargo, o en los casos en que los bienes muebles o inmuebles embargados no son vendidos, sobre los primeros dos mil dólares ($2,000), dos y medio por ciento (2.5%) y uno por ciento (1%) sobre toda suma en exceso de dos mil dólares ($2,000), sin que en ningún caso el arancel pueda exceder de cuatrocientos dólares ($400). Los derechos que aquí se autorizan, así como las costas de anuncios de ventas y otros gastos razonables incurridos en la ejecución de una sentencia, deberán cobrarse a la persona contra quien se ha dictado el fallo, en la forma en que la orden de ejecución lo indique.

F. Por firmar y otorgar una escritura, inclusive la certificación o reconocimiento, cuyo pago deberá hacer el donatario antes de la entrega...............................$25.

G. Por redactar o certificar un Acta de Venta Judicial.......................................................$10.

H. Por gastos de viaje *incurridos en el diligenciamiento de cualquier notificación, citación, orden u otra gestión* dispuesta por el tribunal, que surja del trámite de acciones civiles...............................hasta $2 por milla.

Los derechos arancelarios que deben pagar los ciudadanos por otros trámites misceláneos que estaban en vigor al 30 de junio de 2010, conservarán su vigencia hasta tanto este Tribunal apruebe cualquier modificación a éstos.

Esta Resolución será enviada a la Asamblea Legislativa para su aprobación final. Una vez considerada por la Asamblea Legislativa, las disposiciones aquí contenidas entrarán en vigor conforme lo establece el Art. 3 de la Ley Núm. 47, según enmendada.

*Se ordena a la Secretaria del Tribunal que, conforme a lo dispuesto en el Art. 3 de la Ley Núm. 47, según enmendada, remita esta Resolución a las Secretarías de los Cuerpos Legislativos para el trámite correspondiente.*

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*